[Crim. No. 3455. In Bank.—November 25, 1931.]

In the Matter of the Application of GUS PALMER for Writ of Habeas Corpus.

Charles P. Johnson, City Prosecutor, and Joe W. Matherly and John L. Bland, Deputies City Prosecutor, for Petitioner.

Paul W. Schenck for Respondents.

THE COURT.—[1] matter being identical as to the issues involved with *In re Page, ante,* p. 350 [5 Pac. (2d) 605], this day decided on the authority of that decision the proceedings herein are hereby dismissed.